BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
TODD LERAS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

**FILED**

MAY 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>STEVEN ORTEGA, et al.<br><br>                Defendants. | CASE NO. 2:12-mj-00125 GGH<br><br>[PROPOSED] ORDER FOR UNSEALING UNSEALING COMPLAINT |

The government's request to unseal the Complaint and this case is GRANTED.

SO ORDERED:

DATED: May 16, 2012

_____
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge

2