DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
STEVEN ORTEGA SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MAG-12-125-GGH |
| Plaintiff, | **AMENDED STIPULATION AND ORDER; CONTINUING DETENTION HEARING** |
| v. | |
| STEVEN ORTEGA SR., | Date:  May 30, 2012 |
| Defendant. | Time:  2:00 p.m. |
| | Judge: Hon. Edmund F. Brennan |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, and TODD PICKLES, Assistant United States Attorney, attorneys for Plaintiff, and MATTHEW SCOBLE, attorney for STEVEN ORTEGA SR., that the detention hearing date of May 24, 2012 be vacated, and the matter be set for detention hearing on May 30, 2012 at 2:00 p.m.

   The matter was initially set on May 24, 2012 at the request of private counsel, Randy Pollock.  It was anticipated that Mr. Ortega would be retaining Ms. Pollock, and that she would appear on May 24. Circumstances have changed and it now appears that Mr. Ortega will be represented by the Office of the Federal Defender, through the undersigned counsel, for all aspects of his case.  Counsel is not

available on May 24, 2012, but is available for Mr. Ortega's detention hearing on May 30, 2012.

Based upon the foregoing, the parties, through their respective counsel, hereby agree and stipulate that the detention hearing in this case be continued until May 30, 2012 at 2:00 p.m.

DATED:  May 23, 2012.                    Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender


/s/ Matthew Scoble
MATTHEW SCOBLE
Designated Counsel for Service
Attorney for STEVEN ORTEGA SR.


DATED:  May 23, 2012.                    BENJAMIN WAGNER
United States Attorney


/s/ Matthew Scoble for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

/s/ Matthew Scoble for
TODD PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: May 23, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2