1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for the United States of America
6



MAY 29 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00198 WBS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOR UNSEALING INDICTMENT |
| v. | |
| STEVEN ORTEGA, et al. | |
| Defendants. | |

The government's request to unseal the indictment and this case is GRANTED.

SO ORDERED:

DATED: 5-29-2012

_____
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

2