**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> STEVEN ORTEGA, SR., ) <br> et al., ) <br> ) <br> DEFENDANTS. ) <br> ) <br> ) <br> _____) | Case No. 2:12–cr-00198-MCE <br><br> AGREEMENT AND STIPULATION OF THE PARTIES TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, SEPTEMBER 6, 2012 WITH TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT; <br> ORDER THEREON |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Michael D. Anderson, and for the defendants: 1- Matthew M. Scoble representing Steven Ortega, Sr.; 2- Michael L. Chastaine representing Steven Ortega, Jr.; 3- Shari Rusk representing Marla Ortega; 4- Dina L. Santos representing Matt Ortega; 6- Hayes H. Gable, III, representing Anthony Giarrusso; 7- Bruce Locke representing Jay Dupee; 8- William E. Bonham representing Brock Enrico; 9- Michael B. Bigelow representing Todd Becerra; 10- Robert M. Holley representing Steven Adgate; 11- Danny D. Brace, Jr. representing Bryan Swiers; 12- Clemente M. Jimenez representing Kyle Schmidt; 14- Gregory W.

1

Fox representing Charles Erickson; 15- Olaf W. Hedberg representing Travis Olibas; 16- David D. Fischer representing Jake Westerman; 17- Scott N. Cameron representing Justin McMillian; 18- Christopher R. Cosca representing Shawn Thompson; 19- Carl E. Larson representing Frederick Laurens; 21- Darryl A. Stallworth representing Richard Serrell; 22- Robert J. Saria representing Kevin Kuester; 23- Russell S. Humphrey representing Derek Winters; 24- Clyde M. Blackmon representing Richard Reynolds; 25- Eric D. Shevin representing Nickolas Perry; 26- Scott A. Sugarman representing Joseph Mirante; 27- James A. Bustamante representing Kevin Kirkpatrick; 28- Philip A. Schnayerson representing Reginald Bell; 29- Michael E. Hansen representing Michael Kelly; 30- Jesse J. Garcia representing Joseph Figlia; 32- Omar Figueroa representing Nicholas Ojeda and 20- James R. Greiner representing Jason Siegfried, hereby agree and stipulate to the following:

The parties agree and stipulate that time can be excluded by the Court under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., from Thursday, June 21, 2012, to through and including Thursday, September 6, 2012, pursuant to Title 18 U.S.C. section 3161(h)(7)(A), 3161(h)(7)(B)(ii) which corresponds to Local Code T-2 (complex) and 3161(h)(7)(B)(iv) which corresponds to Local Code T-4 (attorney preparation time), in that the ends of justice served by continuing the case from June 21, 2012 to thru and including September 6, 2012, outweigh the best interest of the public and each defendant in a speedy trial based upon the facts of this case:

    1- the case is so unusual or so complex due to the number of defendants, to date being twenty-nine (29); the nature of the prosecution dealing with at least six (6) Title III wire intercepts with the relevant discovery going along with each wire intercept with the potential existence of novel questions of law, and all of the search warrants executed in this case

1  and
2  2- with this case taken as a whole based on the amount of discovery
3  forthcoming from the government regarding at least six (6) Title III wire
4  intercepts with the relevant discovery going along with each wire
5  intercept; the reports in the case; and all of the search warrants that were
6  executed in this case, counsel needs time necessary for effective
7  preparation taking into account the exercise of due diligence.

It is so agreed and stipulated to.

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 6-11-12          /s/ Michael D. Anderson
                        _____
                        Michael D. Anderson
                        ASSISTANT UNITED STATES ATTORNEY
                        ATTORNEY FOR THE PLAINTIFF

DATED: 6-11-12          /s/ Matthew M. Scoble
                        _____
                        Matthew M. Scoble
                        Attorney for Defendant
                        1- Steven Ortega, Sr.

DATED: 6-11-12          /s/ Michael L. Chastaine
                        _____
                        Michael L. Chastaine
                        Attorney for Defendant
                        2- Steven Ortega, Jr.

DATED: 6-11-12          /s/ Shari Rusk
                        _____
                        Shari Rusk
                        Attorney for Defendant
                        3- Maria Ortega

DATED: 6-11-12          /s/ Dina L. Santos
                        _____

3

|  |  |
|---|---|
| 1 | Dina L. Santos |
| 2 | Attorney for Defendant<br>4- Matt Ortega |
| 3 | DATED: 6-11-12   /s/ Hayes H. Gable, III |
| 4 | _____<br>Hayes H. Gable, III<br>Attorney for Defendant |
| 5 | 6- Anthony Giarrusso |
| 6 | DATED: 6-11-12   /s/ Bruce Locke |
| 7 | _____<br>Bruce Locke<br>Attorney for Defendant |
| 8 | 7- Jay Dupee |
| 9 | DATED: 6-11-12   /s/ William E. Bonham |
| 10 | _____<br>William E. Bonham<br>Attorney for Defendant |
| 11 | 8- Brock Enrico |
| 12 | DATED: 6-11-12   /s/ Michael B. Bigelow |
| 13 | _____<br>Michael B. Bigelow<br>Attorney for Defendant |
| 14 | 9- Todd Becerra |
| 15 | DATED: 6-11-12   /s/ Robert M. Holley |
| 16 | _____<br>Robert M. Holley<br>Attorney for Defendant |
| 17 | 10- Steven Adgate |
| 18 | DATED: 6-11-12   /s/ Danny D. Brace, Jr. |
| 19 | _____<br>Danny D. Brace, Jr.<br>Attorney for Defendant |
| 20 | 11- Bryan Swiers |
| 21 | DATED: 6-11-12   /s/ Clemente M. Jimenez |
| 22 | _____<br>Clemente M. Jimenez<br>Attorney for Defendant |
| 23 | 12- Kyle Schmidt |
| 24 | DATED: 6-11-12   /s/ Gregory W. Fox |
| 25 | _____<br>Gregory W. Fox<br>Attorney for Defendant |
| 26 | 14- Charles Erickson |
| 27 | DATED: 6-11-12   /s/ Olaf W. Hedberg |
| 28 | 4 |

|   |   |   |
|---|---|---|
| 1 | | _____ |
| 2 | | Olaf W. Hedberg<br>Attorney for Defendant |
| 3 | | 15- Travis Olibas |
|   | DATED: 6-11-12 | /s/ David D. Fischer |
| 4 | | _____ |
| 5 | | David D. Fischer<br>Attorney for Defendant |
| 6 | | 16- Jake Westerman |
|   | DATED: 6-11-12 | /s/ Scott N. Cameron |
| 7 | | _____ |
| 8 | | Scott N. Cameron<br>Attorney for Defendant |
| 9 | | 17-Justin McMillian |

DATED: 6-11-12       /s/ Christopher R. Cosca
_____
Christopher R. Cosca
Attorney for Defendant
18- Shawn Thompson

DATED: 6-11-12       /s/ Carl E. Larson
_____
Carl E. Larson
Attorney for Defendant
19- Frederick Laurens

DATED: 6-1-12        /s/ Darryl A. Stallworth
_____
Darryl A. Stallworth
Attorney for Defendant
21-  Richard Serrell

DATED: 6-11-12       /s/ Robert J. Saria
_____
Robert J. Saria
Attorney for Defendant
22- Kevin Kuester

DATED: 6-11-12       /s/ Russell S. Humphrey
_____
Russell S. Humphrey
Attorney for Defendant
23-Derek Winters

DATED: 6-11-12       /s/ Clyde M. Blackmon
_____
Clyde M. Blackmon
Attorney for Defendant
24- Richard Reynolds

5

DATED: 6-11-12             /s/ Eric D. Shevin

                           _____
                           Eric D. Shevin
                           Attorney for Defendant
                           25- Nickolas Perry

DATED: 6-11-12             /s/ Scott A. Sugarman

                           _____
                           Scott A. Sugarman
                           Attorney for Defendant
                           26- Joseph Mirante

DATED: 6-11-12             /s/ James A. Bustamante

                           _____
                           James A. Bustamante
                           Attorney for Defendant
                           27- Kevin Kirkpatrick

DATED: 6-11-12             /s/  Philip A. Schnayerson

                           _____
                           Philip A. Schnayerson
                           Attorney for Defendant
                           28- Reginald Bell

DATED: 6-11-12             /s/  Michael E. Hansen

                           _____
                           Michael E. Hansen
                           Attorney for Defendant
                           29-Michael Kelly

DATED: 6-11-12             /s/ Jesse J. Garcia

                           _____
                           Jesse J. Garcia
                           Attorney for Defendant
                           30-  Joseph Figlia

DATED: 6-11-12             /s/ Omar Figueroa

                           _____
                           Omar Figueroa
                           Attorney for Defendant
                           32- Nicholas Ojeda

DATED: 6-11-12             /s/ James R. Greiner

                           _____
                           James R. Greiner

Attorney for Defendant
20- Jason Siegfried

## ORDER

The Court, having received, read, and considered the agreement and stipulation of the parties to exclude time under the provisions of the Speedy Trial Act, having reviewed the record in this case and having reviewed the Docket in this case makes the following findings and Order:

This Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and each defendant in a speedy trial and that time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., can and will be excluded by the Court from Thursday, June 21, 2012, to through and including Thursday, September 6, 2012, pursuant to Title 18 U.S.C. section 3161(h)(7)(A), 3161(h)(7)(B)(ii) which corresponds to Local Code T-2 (complex) and 3161(h)(7)(B)(iv) which corresponds to Local Code T-4 (attorney preparation time), based upon the facts of this case:

    1- the case is so unusual or so complex due to the number of defendants, to date being twenty-nine (29); the nature of the prosecution dealing with at least six (6) Title III wire intercepts with the relevant discovery going along with each wire intercept with the potential existence of novel questions of law, and all of the search warrants executed in this case and

    2- with this case taken as a whole based on the amount of discovery forthcoming from the government regarding at least six (6) Title III wire intercepts with the relevant discovery going along with each wire intercept; the reports in the case; and all of the search warrants that were

7

executed in this case, counsel needs time necessary for effective preparation taking into account the exercise of due diligence.

Therefore, the Court vacates the status conference presently set for Thursday, June 21, 2012, and resets a status conference in this case for Thursday, September 6, 2012, at 9:00 a.m., in Courtroom 7, on the 14th floor.

FOR ALL THE REASONS STATED HEREIN, THE COURT GRANTS THE AGREEMENT AND STIPULATION OF THE PARTIES.

IT IS SO ORDERED.

Dated: June 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE