**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12–CR-00198—MCE |
|---|---|---|
| PLAINTIFF, | ) | AGREEMENT AND STIPULATION OF THE PARTIES TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, MARCH 14, 2013 WITH TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT AND ORDER |
| v. | ) | |
| STEVEN ORTEGA, SR., et al., | ) | |
| DEFENDANTS. | ) | |
| _____ | ) | |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Michael D. Anderson, and for the defendants: 1- Anne Beles representing Steven Ortega, Sr.; 2- Randy Sue Pollock representing Steven Ortega, Jr.; 3- Shari Rusk representing Marla Ortega; 4- Dina L. Santos representing Matt Ortega; 6- Hayes H. Gable, III, representing Anthony Giarrusso; 7- Thomas Johnson representing Jay Dupee; 8- William E. Bonham representing Brock Enrico; 9- Michael B. Bigelow representing Todd Becerra; 10- Robert M. Holley representing Steven Adgate; 11- Danny D. Brace, Jr. representing Bryan Swiers; 12- Clemente M. Jimenez representing Kyle Schmidt; 13- Candace A. Fry representing Dusty Burge; 14- Gregory W. Fox representing Charles Erickson;

1

15- Olaf W. Hedberg representing Travis Olibas; 16- David D. Fischer representing Jake Westerman; 17- Scott N. Cameron representing Justin McMillian; 18- Christopher R. Cosca representing Shawn Thompson; 19- Carl E. Larson representing Frederick Laurens; 21- Darryl A. Stallworth representing Richard Serrell; 22- Robert J. Saria representing Kevin Kuester; 23- Russell S. Humphrey representing Derek Winters; 24- Clyde M. Blackmon representing Richard Reynolds; 25- Eric D. Shevin representing Nickolas Perry; 26- Scott A. Sugarman representing Joseph Mirante; 27- James A. Bustamante representing Kevin Kirkpatrick; 28- Philip A. Schnayerson representing Reginald Bell; 29- Michael E. Hansen representing Michael Kelly; 30-Michael J. Aye representing Joseph Figlia 31- James J. Clark representing Robert Kennedy; 32- Omar Figueroa representing Nicholas Ojeda and 20- James R. Greiner representing Jason Siegfried, hereby agree and stipulate to the following[1]:

    1- By previous order, this matter was set for status on Friday, December 7, 2012, see docket number 331.

    2. By this Stipulation, the defendants collectively now move to continue the status conference until Thursday, March 14, 2013 and to exclude time pursuant to the Speedy Trial Act between Friday, December 7, 2012 and Thursday, March 14, 2013, under Local Codes T-2 (complexity) and T-4 (time for adequate attorney preparation). The government is producing more discovery in the case and does not oppose this request.

    3. The parties agree and stipulate to the following and request the Court to find the following:

        a. The government has produced discovery to date which consists of 5 (five) discovery CD's labeled Discovery Disk 1, 2, 3 ,4 and 5 and 6 (six) wire tape CD's labeled TT1, TT2, TT3, TT4, TT5 and TT6. The government has also made

---

[1] The government requested that the format presented in this stipulation be used by the parties.

2

1 available for copying onto an external hard drive the pole camera evidence.

2     b. The government by way of letter dated November 30, 2012, addressed
3 to all defense counsel, is producing the following additional discovery contained on 4
4 (four) CD's: BATES numbers DD-007532 to DD-007570; Bates number DD-7571
5 (reproduction of wiretap -TT#1); Bates number DD-007572 (reproduction of wiretap-
6 TT#2); Bates number DD-007573 (reproduction of wiretaps - TT#3, tt#4, TT#5, and
7 TT#6).

8     c. Counsel for all defendants need additional time, first to obtain the
9 additional discovery made available by letter on November 30, 2012; second counsel
10 for all defendants need additional time to review all of the discovery which includes the
11 additional discovery, review the all the discovery with their respective clients, to
12 conduct investigation into this case, do research, which includes legal research, in this
13 case, and to otherwise do review and investigation, using due diligence, that this
14 complex case requires.

15     d. Counsel for all defendants represents that the failure to grant the above
16 requested continuance would deny counsel for each individual defendant the reasonable
17 time necessary for effective preparation, taking into account the exercise of due
18 diligence.

19     e. The government, based on all of the above, does not object to the
20 continuance.

21     f. Based on the above stated findings, the ends of justice served by
22 continuing the case as requested outweigh the interest of the public and all the
23 defendants in a trial within the original date prescribed by the Speedy Trial Act.

24     g. For the purpose of computing the time under the Speedy Trial Act, Title
25 18 U.S.C. section 3161, et seq., within which trial must commence, the time period
26 from Thursday, September 6, 2012 to Thursday, March 14, 2013, inclusive, is deemed
27 excludable purseant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv)

28

3

corresponding to Local Codes T-2 and T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

  Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

            BENJAMIN B. WAGNER
            UNITED STATES ATTORNEY

DATED: 12-3-12      /s/ Michael D. Anderson
            _____
            Michael D. Anderson
            ASSISTANT UNITED STATES ATTORNEY
            ATTORNEY FOR THE PLAINTIFF

DATED: 12-3-12      /s/ Anne Beles
            _____
            Anne Beles
            Attorney for Defendant
            1- Steven Ortega, Sr.

DATED: 12-3-12      /s/ Randy Sue Pollock
            _____
            Randy Sue Pollock
            Attorney for Defendant
            2- Steven Ortega, Jr.

DATED: 12-3-12      /s/ Shari Rusk
            _____
            Shari Rusk
            Attorney for Defendant
            3- Marla Ortega

| | | |
|---|---|---|
| 1 | DATED: 12-3-12 | /s/ Dina L. Santos |
| 2 | | _____ |
| | | Dina L. Santos |
| | | Attorney for Defendant |
| 3 | | 4- Matt Ortega |
| 4 | DATED: 12-3-12 | /s/ Hayes H. Gable, III |
| 5 | | _____ |
| | | Hayes H. Gable, III |
| | | Attorney for Defendant |
| 6 | | 6- Anthony Giarrusso |
| 7 | DATED: 12-3-12 | /s/ Thomas Johnson |
| 8 | | _____ |
| | | Thomas Johnson |
| | | Attorney for Defendant |
| 9 | | 7- Jay Dupee |
| 10 | DATED: 12-3-12 | /s/ William E. Bonham |
| 11 | | _____ |
| | | William E. Bonham |
| | | Attorney for Defendant |
| 12 | | 8- Brock Enrico |
| 13 | DATED: 12-3-12 | /s/ Michael B. Bigelow |
| 14 | | _____ |
| | | Michael B. Bigelow |
| | | Attorney for Defendant |
| 15 | | 9- Todd Becerra |
| 16 | DATED: 12-3-12 | /s/ Robert M. Holley |
| 17 | | _____ |
| | | Robert M. Holley |
| | | Attorney for Defendant |
| 18 | | 10- Steven Adgate |
| 19 | DATED: 12-3-12 | /s/ Danny D. Brace, Jr. |
| 20 | | _____ |
| | | Danny D. Brace, Jr. |
| | | Attorney for Defendant |
| 21 | | 11- Bryan Swiers |
| 22 | DATED: 12-3-12 | /s/ Clemente M. Jimenez |
| 23 | | _____ |
| | | Clemente M. Jimenez |
| | | Attorney for Defendant |
| 24 | | 12- Kyle Schmidt |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1 | DATED: 12-3-12 | /s/ Candace A. Fry

_____
Candace A. Fry
Attorney for Defendant
13- Dusty Burge

DATED: 12-3-12 | /s/ Gregory W. Fox

_____
Gregory W. Fox
Attorney for Defendant
14- Charles Erickson

DATED: 12-3-12 | /s/ Olaf W. Hedberg

_____
Olaf W. Hedberg
Attorney for Defendant
15- Travis Olibas

DATED: 12-3-12 | /s/ David D. Fischer

_____
David D. Fischer
Attorney for Defendant
16- Jake Westerman

DATED: 12-3-12 | /s/ Scott N. Cameron

_____
Scott N. Cameron
Attorney for Defendant
17-Justin McMillian

DATED: 12-3-12 | /s/ Christopher R. Cosca

_____
Christopher R. Cosca
Attorney for Defendant
18- Shawn Thompson

DATED: 12-3-12 | /s/ Carl E. Larson

_____
Carl E. Larson
Attorney for Defendant
19- Frederick Laurens

6

DATED: 12-3-12					/s/ Darryl A. Stallworth
						_____
						Darryl A. Stallworth
						Attorney for Defendant
						21- Richard Serrell

DATED: 12-3-12					/s/ Robert J. Saria
						_____
						Robert J. Saria
						Attorney for Defendant
						22- Kevin Kuester

DATED: 12-3-12					/s/ Russell S. Humphrey
						_____
						Russell S. Humphrey
						Attorney for Defendant
						23-Derek Winters

DATED: 12-3-12					/s/ Clyde M. Blackmon
						_____
						Clyde M. Blackmon
						Attorney for Defendant
						24- Richard Reynolds

DATED: 12-3-12					/s/ Eric D. Shevin
						_____
						Eric D. Shevin
						Attorney for Defendant
						25- Nickolas Perry

DATED: 12-3-12					/s/ Scott A. Sugarman
						_____
						Scott A. Sugarman
						Attorney for Defendant
						26- Joseph Mirante

DATED: 12-3-12					/s/ James A. Bustamante
						_____
						James A. Bustamante
						Attorney for Defendant
						27- Kevin Kirkpatrick

DATED: 12-3-12					/s/  Philip A. Schnayerson
						_____
						Philip A. Schnayerson
						Attorney for Defendant
						28- Reginald Bell

| | | |
|---|---|---|
| 1 | DATED: 12-3-12 | /s/ Michael E. Hansen |
| 2 | | Michael E. Hansen |
| | | Attorney for Defendant |
| 3 | | 29-Michael Kelly |
| 4 | DATED: 12-3-12 | /s/ Michael J. Aye |
| 5 | | Michael J. Aye |
| | | Attorney for Defendant |
| 6 | | 30- Joseph Figlia |
| 7 | DATED: 12-3-12 | /s/ James J. Clark |
| 8 | | James J. Clark |
| | | Attorney for Defendant |
| 9 | | 31- Robert Kennedy |
| 10 | DATED: 12-3-12 | /s/ Omar Figueroa |
| 11 | | Omar Figueroa |
| | | Attorney for Defendant |
| 12 | | 32- Nicholas Ojeda |
| 13 | DATED: 12-3-12 | /s/ James R. Greiner |
| 14 | | James R. Greiner |
| | | Attorney for Defendant |
| 15 | | 20- Jason Siegfried |

**ORDER**

IT IS SO FOUND AND ORDERED. The status conference in this matter is continued until March 14, 2013, at 9 a.m. The time period between December 7, 2012 and March 14, 2013 is excluded under Local Codes T-2 and T-4.

Dated: December 6, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

8