**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 12–CR-S-00198—MCE |
| PLAINTIFF, | ) | AGREEMENT AND STIPULATION OF THE PARTIES TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, JUNE 27, 2013 WITH TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT AND ORDER |
| v. | ) | |
| STEVEN ORTEGA, SR., et al., | ) | |
| DEFENDANTS. | ) | |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Michael D. Anderson, and for the defendants: 1- Benjamin D. Galloway representing Steven Ortega, Sr.; 2- Randy Sue Pollock representing Steven Ortega, Jr.; 3- Shari Rusk representing Marla Ortega; 4- Dina L. Santos representing Matt Ortega; 5- Tim Pori representing Marcus Williams; 6- Hayes H. Gable, III, representing Anthony Giarrusso; 7- Thomas Johnson representing Jay Dupee; 8- William E. Bonham representing Brock Enrico; 9- Michael B. Bigelow representing Todd Becerra; 10- Robert M. Holley representing Steven Adgate; 11- Danny D. Brace, Jr. representing Bryan Swiers; 12- Clemente M. Jimenez representing Kyle Schmidt; 13- Candace A. Fry representing Dusty Burge; 14-

1

Gregory W. Fox representing Charles Erickson; 15- Olaf W. Hedberg representing Travis Olibas; 16- David D. Fischer representing Jake Westerman; 17- Scott N. Cameron representing Justin McMillian; 18- Christopher R. Cosca representing Shawn Thompson; 19- Carl E. Larson representing Frederick Laurens; 21- Darryl A. Stallworth representing Richard Serrell; 22- Robert J. Saria representing Kevin Kuester; 23- Russell S. Humphrey representing Derek Winters; 24- Clyde M. Blackmon representing Richard Reynolds; 25- Eric D. Shevin representing Nickolas Perry; 26- Scott A. Sugarman representing Joseph Mirante; 27- James A. Bustamante representing Kevin Kirkpatrick; 28- Philip A. Schnayerson representing Reginald Bell; 29- Michael E. Hansen representing Michael Kelly; 30-Michael J. Aye representing Joseph Figlia 31- James J. Clark representing Robert Kennedy; 32- Omar Figueroa representing Nicholas Ojeda and 20- James R. Greiner representing Jason Siegfried, hereby agree and stipulate to the following[1]:

    1- By previous order, this matter was set for status on Thursday, March 14, 2013, see docket number 341.

    2. By this Stipulation, the defendants collectively now move to continue the status conference until Thursday, March 14, 2013 and to exclude time pursuant to the Speedy Trial Act between Thursday, March 14, 2013 and Thursday, June 27, 2013, under Local Codes T-2 (complexity) and T-4 (time for adequate attorney preparation). The government has produced more discovery in the case and does not oppose this request. In addition, attorney Benjamin D. Galloway was recently appointed to represent Steven Ortega, Sr., See Docket # 351, dated December 27, 2013 and Tim Pori was recently appointed to represent Marcus Williams, See Docket # 365, dated th, February 7, 2013, and both attorneys need additional time to review the voluminous amount of discovery in this case.

---

[1] The government requested that the format presented in this stipulation be used by the parties.

3. The parties agree and stipulate to the following and request the Court to find the following:

    a. The government has produced discovery to date which consists of 5 (five) discovery CD's labeled Discovery Disk 1, 2, 3 ,4 and 5 and 6 (six) wire tape CD's labeled TT1, TT2, TT3, TT4, TT5 and TT6. The government has also made available for copying onto an external hard drive the pole camera evidence which defense counsel has obtained for reviewing with their respective clients. The government requested defense counsel to supply an external hard drive with 3 TB of capacity to accomidate the enormous volume of video taped recordings.

    b. The government by way of letter dated November 30, 2012, addressed to all defense counsel, is producing the following additional discovery contained on 4 (four) CD's: BATES numbers DD-007532 to DD-007570; Bates number DD-7571 (reproduction of wiretap -TT#1); Bates number DD-007572 (reproduction of wiretap-TT#2); Bates number DD-007573 (reproduction of wiretaps - TT#3, tt#4, TT#5, and TT#6).

    c. Counsel for all defendants need additional time, first to obtain the additional discovery made available by letter on November 30, 2012; second counsel for all defendants need additional time to review all of the discovery which includes the additional discovery, review the all the discovery with their respective clients, to conduct investigation into this case, do research, which includes legal research, in this case, and to otherwise do review and investigation, using due diligence, that this complex case requires.

    d. Counsel for all defendants represents that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e. The government, based on all of the above, does not object to the

continuance.

      f. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      g. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Thursday, September 6, 2012 to Thursday, March 14, 2013, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv) corresponding to Local Codes T-2 and T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

   IT IS SO STIPULATED.

   Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

                         BENJAMIN B. WAGNER
                         UNITED STATES ATTORNEY

DATED: 3-6-13         /s/ Michael D. Anderson

                         _____
                         Michael D. Anderson
                         ASSISTANT UNITED STATES ATTORNEY
                         ATTORNEY FOR THE PLAINTIFF

DATED: 3-6-13                             /s/ Benjamin D. Galloway

                                          _____
                                          Benjamoin D. Galloway
                                          Attorney for Defendant
                                          1- Steven Ortega, Sr.

DATED: 3-6-13                             /s/ Randy Sue Pollock

                                          _____
                                          Randy Sue Pollock
                                          Attorney for Defendant
                                          2- Steven Ortega, Jr.

DATED: 3-6-13                             /s/ Shari Rusk

                                          _____
                                          Shari Rusk
                                          Attorney for Defendant
                                          3- Marla Ortega

DATED: 3-6-13                             /s/ Dina L. Santos

                                          _____
                                          Dina L. Santos
                                          Attorney for Defendant
                                          4- Matt Ortega

DATED: 3-6-13                             /s/ Tim Pori

                                          _____
                                          Tim Pori
                                          Attorney for Defendant
                                          5- Marcus Williams

DATED: 3-6-13                             /s/ Hayes H. Gable, III

                                          _____
                                          Hayes H. Gable, III
                                          Attorney for Defendant
                                          6- Anthony Giarrusso

DATED: 3-6-13                             /s/ Thomas Johnson

                                          _____
                                          Thomas Johnson
                                          Attorney for Defendant
                                          7- Jay Dupee

DATED: 3-6-13                             /s/ William E. Bonham

                                          _____
                                          William E. Bonham
                                          Attorney for Defendant
                                          8- Brock Enrico

| | | |
|---|---|---|
| 1 | DATED: 3-6-13 | /s/ Michael B. Bigelow |
| 2 | | Michael B. Bigelow |
| 3 | | Attorney for Defendant<br>9- Todd Becerra |
| 4 | DATED: 3-6-13 | /s/ Robert M. Holley |
| 5 | | Robert M. Holley |
| 6 | | Attorney for Defendant<br>10- Steven Adgate |
| 7 | DATED: 3-6-13 | /s/ Danny D. Brace, Jr. |
| 8 | | Danny D. Brace, Jr. |
| 9 | | Attorney for Defendant<br>11- Bryan Swiers |
| 10 | DATED: 3-6-13 | /s/ Clemente M. Jimenez |
| 11 | | Clemente M. Jimenez |
| 12 | | Attorney for Defendant<br>12- Kyle Schmidt |
| 13 | DATED: 3-6-13 | /s/ Candace A. Fry |
| 14 | | |
| 15 | | Candace A. Fry<br>Attorney for Defendant |
| 16 | | 13- Dusty Burge |
| | DATED: 3-6-13 | /s/ Gregory W. Fox |
| 17 | | Gregory W. Fox |
| 18 | | Attorney for Defendant<br>14- Charles Erickson |
| 19 | | |
| 20 | DATED: 3-6-13 | /s/ Olaf W. Hedberg |
| 21 | | Olaf W. Hedberg |
| 22 | | Attorney for Defendant<br>15- Travis Olibas |
| 23 | DATED: 3-6-13 | /s/ David D. Fischer |
| 24 | | David D. Fischer |
| 25 | | Attorney for Defendant<br>16- Jake Westerman |

| | | |
|---|---|---|
| 1 | DATED: 3-6-13 | /s/ Scott N. Cameron |
| 2 | | Scott N. Cameron |
| | | Attorney for Defendant |
| 3 | | 17-Justin McMillian |
| 4 | DATED: 3-6-13 | /s/ Christopher R. Cosca |
| 5 | | Christopher R. Cosca |
| | | Attorney for Defendant |
| 6 | | 18- Shawn Thompson |
| 7 | DATED: 3-6-13 | /s/ Carl E. Larson |
| 8 | | Carl E. Larson |
| | | Attorney for Defendant |
| 9 | | 19- Frederick Laurens |
| 10 | DATED: 3-6-13 | /s/ Darryl A. Stallworth |
| 11 | | Darryl A. Stallworth |
| | | Attorney for Defendant |
| 12 | | 21- Richard Serrell |
| 13 | DATED: 3-6-13 | /s/ Robert J. Saria |
| 14 | | Robert J. Saria |
| | | Attorney for Defendant |
| 15 | | 22- Kevin Kuester |
| 16 | DATED: 3-6-13 | /s/ Russell S. Humphrey |
| 17 | | Russell S. Humphrey |
| | | Attorney for Defendant |
| 18 | | 23-Derek Winters |
| 19 | DATED: 3-6-13 | /s/ Clyde M. Blackmon |
| 20 | | Clyde M. Blackmon |
| | | Attorney for Defendant |
| 21 | | 24- Richard Reynolds |
| 22 | DATED: 3-6-13 | /s/ Eric D. Shevin |
| 23 | | Eric D. Shevin |
| | | Attorney for Defendant |
| 24 | | 25- Nickolas Perry |
| 25 | DATED: 3-6-13 | /s/ Scott A. Sugarman |
| 26 | | Scott A. Sugarman |
| | | Attorney for Defendant |
| 27 | | 26- Joseph Mirante |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: 3-6-13 | /s/ James A. Bustamante |
| 2 | | James A. Bustamante |
| | | Attorney for Defendant |
| 3 | | 27- Kevin Kirkpatrick |
| 4 | DATED: 3-6-13 | /s/ Philip A. Schnayerson |
| 5 | | Philip A. Schnayerson |
| | | Attorney for Defendant |
| 6 | | 28- Reginald Bell |
| 7 | DATED: 3-6-13 | /s/ Michael E. Hansen |
| 8 | | Michael E. Hansen |
| | | Attorney for Defendant |
| 9 | | 29-Michael Kelly |
| 10 | DATED: 3-6-13 | /s/ Michael J. Aye |
| 11 | | Michael J. Aye |
| | | Attorney for Defendant |
| 12 | | 30- Joseph Figlia |
| 13 | DATED: 3-6-13 | /s/ James J. Clark |
| 14 | | James J. Clark |
| | | Attorney for Defendant |
| 15 | | 31- Robert Kennedy |
| 16 | DATED: 3-6-13 | /s/ Omar Figueroa |
| 17 | | Omar Figueroa |
| | | Attorney for Defendant |
| 18 | | 32- Nicholas Ojeda |

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1  DATED: 3-6-13                    /s/ James R. Greiner
2                                   _____
                                    James R. Greiner
                                    Attorney for Defendant
3                                   20- Jason Siegfried
4
5
6                                **ORDER**
7
8       IT IS SO ORDERED.
9  DATED: March 13, 2013
10
11
12
13                                  _____
14                                  MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                    UNITED STATES DISTRICT JUDGE