**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>STEVEN ORTEGA, SR., )<br>et al., )<br>)<br>DEFENDANTS. )<br>)<br>)<br>)<br>_____) | No. 2:12-cr-0198-MCE<br><br>AGREEMENT AND STIPULATION OF THE PARTIES TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, OCTOBER 31, 2013 WITH TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT AND PROPOSED ORDER |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Michael D. Anderson, and for the defendants: 1- Benjamin D. Galloway representing Steven Ortega, Sr.; 2- Randy Sue Pollock representing Steven Ortega, Jr.; 3- Shari Rusk representing Marla Ortega; 4- Dina L. Santos representing Matt Ortega; 5- Tim Pori representing Marcus Williams; 6- Hayes H. Gable, III, representing Anthony Giarrusso; 7- Thomas Johnson representing Jay Dupee; 8- William E. Bonham representing Brock Enrico; 9- Michael B. Bigelow representing Todd Becerra; 10- Robert M. Holley representing Steven Adgate; 11- Danny D. Brace, Jr. representing Bryan Swiers; 12- Clemente M. Jimenez

1

representing Kyle Schmidt; 13- Candace A. Fry representing Dusty Burge; 14- Gregory W. Fox representing Charles Erickson; 15- Olaf W. Hedberg representing Travis Olibas; 16- David D. Fischer representing Jake Westerman; 17- Scott N.Cameron representing Justin McMillian; 18- Christopher R. Cosca representing Shawn Thompson; 19- Carl E. Larson representing Frederick Laurens; 21- Darryl A. Stallworth representing Richard Serrell; 22- Robert J. Saria representing Kevin Kuester; 23- Russell S. Humphrey representing Derek Winters; 24- Clyde M. Blackmon representing Richard Reynolds; 25- Michael Jason Lawley representing Nickolas Perry; 26- Scott A. Sugarman representing Joseph Mirante; 27- James A. Bustamante representing Kevin Kirkpatrick; 28- Philip A. Schnayerson representing Reginald Bell; 29- Michael E. Hansen representing Michael Kelly; 30-Michael J. Aye representing Joseph Figlia 31- James J. Clark representing Robert Kennedy; 32- Omar Figueroa representing Nicholas Ojeda and 20- James R. Greiner representing Jason Siegfried, hereby agree and stipulate to the following[1]:

    1- By previous order, this matter was set for status on Thursday, June 27, 2013, see docket number 370..

    2. By this Stipulation, the defendants collectively now move to continue the status conference until Thursday, October 31, 2013 and to exclude time pursuant to the Speedy Trial Act between Thursday, June 27, 2013 and Thursday, October 31, 2013, under Local Codes T-2 (complexity) and T-4 (time for adequate attorney preparation). The government has produced more discovery in the case and does not oppose this request. In addition, attorney Michael Jason Lawley was just appointed on June 12, 2013 to represent defendant Nickolas Perry (see Docket # 385) and attorney Tim Pori was recently appointed on February 7, 2013 (see Docket # 365) to represent defendant Marcus Williams and attorney Benjamin D. Galloway was recently

---

[1] The government requested that the format presented in this stipulation be used by the parties.

2

1  appointed on December 27, 2012 (see docket #351)  to represent Steven Ortega, Sr.,
2  and all three attorneys need additional time to review the voluminous amount of
3  discovery in this case.
4       3. The parties agree and stipulate to the following and request the Court to find
5  the following:
6       a. The government has produced discovery to date which consists of 5
7  (five) discovery CD's labeled Discovery Disk 1, 2, 3 ,4 and 5 and 6 (six) wire tape
8  CD's labeled TT1, TT2, TT3, TT4, TT5 and TT6. The government has also made
9  available for copying onto an external hard drive the pole camera evidence which
10 defense counsel has obtained for reviewing with their respective clients. The
11 government requested defense counsel to supply an external hard drive with 3 TB of
12 capacity to accommodate the enormous volume of video taped recordings.
13      b. The government by way of letter dated November 30, 2012, addressed
14 to all defense counsel, produced the following additional discovery contained on 4
15 (four) CD's: BATES numbers DD-007532 to DD-007570; Bates number DD-7571
16 (reproduction of wiretap -TT#1); Bates number DD-007572 (reproduction of wiretap-
17 TT#2); Bates number DD-007573 (reproduction of wiretaps - TT#3, tt#4, TT#5, and
18 TT#6).
19      c. Counsel for all defendants need additional time, in addition to the three
20 recently appointed attorneys (Lawley, June 12, 2013, Pori, February 7, 2013 and
21 Galloway, December 27, 29012), first to obtain the additional discovery made
22 available by letter on November 30, 2012; second counsel for all defendants need
23 additional time to review all of the discovery which includes the additional discovery,
24 review the all the discovery with their respective clients, to conduct investigation into
25 this case, do research, which includes legal research, in this case, and to otherwise do
26 review and investigation, using due diligence, that this complex case requires.
27      d. Counsel for all defendants represents that the failure to grant the above
28

3

1  requested continuance would deny counsel for each individual defendant the
2  reasonable time necessary for effective preparation, taking into account the exercise of
3  due diligence.
4       e. The government, based on all of the above, does not object to the
5  continuance.
6       f. Based on the above stated findings, the ends of justice served by
7  continuing the case as requested outweigh the interest of the public and all the
8  defendants in a trial within the original date prescribed by the Speedy Trial Act.
9       g. For the purpose of computing the time under the Speedy Trial Act,
10 Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time
11 period from Thursday, March 14, 2013, 2012 to Thursday, June 25, 2013, inclusive,
12 and from Thursday, June 25, 2013 to Thursday, October 31, 2013, inclusive, is
13 deemed excludable  pursuant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv)
14 corresponding to Local Codes T-2 and T-4, because it results from a continuance
15 granted by the Court at defendants' request on the basis of the Court's finding that the
16 ends of justice served by taking such action outweigh the best interest of the public
17 and all of the defendants in a speedy trial.
18    4. Nothing in this stipulation and order shall preclude a finding that other
19 provisions of the Speedy Trial Act dictate that additional time periods are excludable
20 from the period within which a trial must commence.
21    IT IS SO STIPULATED.
22    Each attorney has granted James R. Greiner full authority to sign for each
23 individual attorney.

4

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 6-17-13        /s/ Michael D. Anderson
                     _____
                     Michael D. Anderson
                     ASSISTANT UNITED STATES ATTORNEY
                     ATTORNEY FOR THE PLAINTIFF

DATED: 6-17-13
                     /s/ Benjamin D. Galloway
                     _____
                     Benjamoin D. Galloway
                     Attorney for Defendant
                     1- Steven Ortega, Sr.

DATED: 6-17-13        /s/ Randy Sue Pollock
                     _____
                     Randy Sue Pollock
                     Attorney for Defendant
                     2- Steven Ortega, Jr.

DATED: 6-17-13        /s/  Shari Rusk
                     _____
                      Shari Rusk
                     Attorney for Defendant
                     3-  Marla Ortega

DATED: 6-17-13        /s/ Dina L. Santos
                     _____
                     Dina L. Santos
                     Attorney for Defendant
                     4- Matt Ortega

DATED: 6-17-13        /s/ Tim Pori
                     _____
                     Tim Pori
                     Attorney for Defendant
                     5- Marcus Williams

DATED: 6-17-13        /s/ Hayes H. Gable, III
                     _____
                     Hayes H. Gable, III
                     Attorney for Defendant
                     6- Anthony Giarrusso

DATED: 6-17-13        /s/ Thomas Johnson
                     _____
                     Thomas Johnson
                     Attorney for Defendant
                     7- Jay Dupee

5

| | | |
|---|---|---|
| 1 | DATED: 6-17-13 | /s/ William E. Bonham |
| 2 | | _____ |
| | | William E. Bonham |
| | | Attorney for Defendant |
| 3 | | 8- Brock Enrico |
| 4 | DATED: 6-17-13 | /s/ Michael B. Bigelow |
| 5 | | _____ |
| | | Michael B. Bigelow |
| | | Attorney for Defendant |
| 6 | | 9- Todd Becerra |

(Continued signature blocks)

DATED: 6-17-13    /s/ Robert M. Holley
_____
Robert M. Holley
Attorney for Defendant
10- Steven Adgate

DATED: 6-17-13    /s/ Danny D. Brace, Jr.
_____
Danny D. Brace, Jr.
Attorney for Defendant
11- Bryan Swiers

DATED: 6-17-13    /s/ Clemente M. Jimenez
_____
Clemente M. Jimenez
Attorney for Defendant
12- Kyle Schmidt

DATED:  6-17-13    /s/ Candace A. Fry
_____
Candace A. Fry
Attorney for Defendant
13- Dusty Burge

DATED:  6-17-13    /s/ Gregory W. Fox
_____
Gregory W. Fox
Attorney for Defendant
14- Charles Erickson

DATED:  6-17-13    /s/ Olaf W. Hedberg
_____
Olaf W. Hedberg
Attorney for Defendant
15- Travis Olibas

6

1 | DATED: 6-17-13           /s/ David D. Fischer
  |                          _____
2 |                          David D. Fischer
  |                          Attorney for Defendant
3 |                          16- Jake Westerman

4 | DATED: 6-17-13           /s/ Scott N. Cameron
  |                          _____
5 |                          Scott N. Cameron
  |                          Attorney for Defendant
6 |                          17-Justin McMillian

7 | DATED: 6-17-13           /s/ Christopher R. Cosca
  |                          _____
8 |                          Christopher R. Cosca
  |                          Attorney for Defendant
9 |                          18- Shawn Thompson

10 | DATED: 6-17-13          /s/ Carl E. Larson
   |                         _____
11 |                         Carl E. Larson
   |                         Attorney for Defendant
12 |                         19- Frederick Laurens

13 | DATED: 6-17-13          /s/ Darryl A. Stallworth
   |                         _____
14 |                         Darryl A. Stallworth
   |                         Attorney for Defendant
15 |                         21-  Richard Serrell

16 | DATED: 6-17-13          /s/ Robert J. Saria
   |                         _____
17 |                         Robert J. Saria
   |                         Attorney for Defendant
18 |                         22- Kevin Kuester

19 | DATED: 6-17-13          /s/ Russell S. Humphrey
   |                         _____
20 |                         Russell S. Humphrey
   |                         Attorney for Defendant
21 |                         23-Derek Winters

22 | DATED: 6-17-13          /s/ Clyde M. Blackmon
   |                         _____
23 |                         Clyde M. Blackmon
   |                         Attorney for Defendant
24 |                         24- Richard Reynolds

25 | DATED: 6-17-13          /s/ Michael Jason Lawley
   |                         _____
26 |                         Michael Jason Lawley
   |                         Attorney for Defendant
27 |                         25- Nickolas Perry

28

| | | |
|---|---|---|
| 1 | DATED:  6-17-13 | /s/ Scott A. Sugarman |
| 2 | | _____ |
| | | Scott A. Sugarman |
| | | Attorney for Defendant |
| 3 | | 26- Joseph Mirante |
| 4 | DATED:  6-17-13 | /s/ James A. Bustamante |
| 5 | | _____ |
| | | James A. Bustamante |
| | | Attorney for Defendant |
| 6 | | 27- Kevin Kirkpatrick |
| 7 | DATED:  6-17-13 | /s/  Philip A. Schnayerson |
| 8 | | _____ |
| | | Philip A. Schnayerson |
| | | Attorney for Defendant |
| 9 | | 28- Reginald Bell |
| 10 | DATED:  6-17-13 | /s/  Michael E. Hansen |
| 11 | | _____ |
| | | Michael E. Hansen |
| | | Attorney for Defendant |
| 12 | | 29-Michael Kelly |
| 13 | DATED:  6-17-13 | /s/ Michael J. Aye |
| 14 | | _____ |
| | | Michael J. Aye |
| | | Attorney for Defendant |
| 15 | | 30- Joseph Figlia |
| 16 | DATED:  6-17-13 | /s/ James J. Clark |
| 17 | | _____ |
| | | James J. Clark |
| | | Attorney for Defendant |
| 18 | | 31- Robert Kennedy |
| 19 | DATED:  6-17-13 | /s/ Omar Figueroa |
| 20 | | _____ |
| | | Omar Figueroa |
| | | Attorney for Defendant |
| 21 | | 32- Nicholas Ojeda |
| 22 | DATED: 6-17-13 | /s/ James R. Greiner |
| 23 | | _____ |
| | | James R. Greiner |
| | | Attorney for Defendant |
| 24 | | 20- Jason Siegfried |

8

## ORDER

In accordance with the foregoing stipulation of the parties, and good cause appearing, the status conference in this matter is hereby continued from June 27, 2013 to October 31, 2013 at 9:00 a.m. in Courtroom No. 7.

IT IS SO ORDERED.

Date: June 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT