JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-cr-00198--MCE |
| ) | |
| PLAINTIFF, ) | STIPULATION BETWEEN THE PARTIES TO CONTINUE THE STATUS CONFERENCE TO THURSDAY, APRIL 24, 2014 WITH EXCLUSION OF TIME FROM THE SPEEDY TRIAL ACT AND PROPOSED ORDER |
| ) | |
| v. ) | |
| ) | |
| STEVEN ORTEGA, et al., ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____) | |

The parties to this litigation, the United States of America, represented by Assistant United States Attorney, Michael D. Anderson, and for the defendants:

1- Benjamin D. Galloway representing Steven Ortega, Sr.; 2- Randy Sue Pollock representing Steven Ortega, Jr.; 3- Shari Rusk representing Marla Ortega; 4- Dina L. Santos representing Matt Ortega;  6- Hayes H. Gable, III, representing Anthony Giarrusso; 7- Thomas

1

Johnson representing Jay Dupee; 8- William E. Bonham representing Brock Enrico; 9- Michael B. Bigelow representing Todd Becerra; 10- William J. Portanova representing Steven Adgate; 11- Danny D. Brace, Jr. representing Bryan Swiers; 12- Clemente M. Jimenez representing Kyle Schmidt; 13- Candace A. Fry representing Dusty Burge; 14- Gregory W. Fox representing Charles Erickson; 15- Olaf W. Hedberg representing Travis Olibas; 16- David D. Fischer representing Jake Westerman; 17- Scott N. Cameron representing Justin McMillian; 19- Carl E. Larson representing Frederick Laurens; 21- Darryl A. Stallworth representing Richard Serrell; 22- Robert J. Saria representing Kevin Kuester; 23- Russell S. Humphrey representing Derek Winters; 24- Clyde M. Blackmon representing Richard Reynolds; 25- Michael Jason Lawley representing Nickolas Perry; 26- Scott A. Sugarman representing Joseph Mirante; 27- James A. Bustamante representing Kevin Kirkpatrick; 28- Philip A. Schnayerson representing Reginald Bell; 29- Michael E. Hansen representing Michael Kelly; 30-Michael J. Aye representing Joseph Figlia 31- James J. Clark representing Robert Kennedy; 32- Omar Figueroa representing Nicholas Ojeda and 20- James R. Greiner representing Jason Siegfried, hereby agree and stipulate to the following[1]:

       1- By previous order, this matter was set for status on Thursday, January 30, 2014, see docket number 414.

       2. By this Stipulation, the defendants collectively[2] now move to continue the status conference until Thursday, April 24, 2014 and to exclude time pursuant to the Speedy Trial Act between Thursday, January 30, 2014 and Thursday, April 24, 2014, under Local Codes T-2 (complexity) and T-4 (time for adequate attorney preparation). The government has

---

[1] The government requested that the format presented in this stipulation be used by the parties.
[2] Defendant Marcus Williams represented by attorney Tim Pori, has NOT joined this agreement and stipulation and thus should remain on the Court's calendar.

produced more discovery in this case and does not oppose this request. In addition, attorney Michael Jason Lawley was recently appointed on June 12, 2013 to represent defendant Nickolas Perry (see Docket # 385) and attorney Benjamin D. Galloway was recently appointed on December 27, 2012 (see docket #351) to represent Steven Ortega, Sr., and both attorneys need additional time to review the voluminous amount of discovery in this case.

3. The parties[3] agree and stipulate to the following and request the Court to find the following:

a. The government has produced discovery to date which consists of 5 (five) discovery CD's labeled Discovery Disk 1, 2, 3 ,4 and 5 and 6 (six) wire tape CD's labeled TT1, TT2, TT3, TT4, TT5 and TT6. The government has also made available for copying onto an external hard drive the pole camera evidence which defense counsel has obtained for reviewing with their respective clients. The government requested defense counsel to supply an external hard drive with 3 TB of capacity to accommodate the enormous volume of video taped recordings.

b. The government by way of letter dated November 30, 2012, addressed to all defense counsel, produced the following additional discovery contained on 4 (four) CD's: BATES numbers DD-007532 to DD-007570; Bates number DD-7571 (reproduction of wiretap - TT#1); Bates number DD-007572 (reproduction of wiretap- TT#2); Bates number DD-007573 (reproduction of wiretaps - TT#3, tt#4, TT#5, and TT#6).

c. Counsel for all defendants[4] need additional time, in addition to the two recently appointed attorneys (Lawley, June 12, 2013, and Galloway, December 27, 2012), to

---

[3] Except for Defendant Marcus Williams, represented by attorney Tim Pori who has NOT joined this agreement and stipulation to continue the case.

review all of the discovery which includes the additional discovery, review the all the discovery with their respective clients, to conduct investigation into this case, do research, which includes legal research, in this case, and to otherwise do review and investigation, using due diligence, that this complex case requires.

        d. Counsel for all defendants[5] represents that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e. The government, based on all of the above, does not object to the continuance.

        f. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all the defendants in a trial within the original date prescribed by the Speedy Trial Act.

        g. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Thursday, January 30, 2014 to Thursday, April 24, 2014, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv) corresponding to Local Codes T-2 and T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.

---

[4] Except for defendant Marcus Williams represented by attorney Tim Pori who has not joined this agreement and stipulation to continue the case.
[5] Except for defendant Marcus Williams represented by attorney Tim Pori who has not joined this agreement and stipulation to continue the case.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

                IT IS SO STIPULATED.

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

                BENJAMIN B. WAGNER
                UNITED STATES ATTORNEY

DATED: 1-22-14        /s/ Michael D. Anderson
                _____
                Michael D. Anderson
                ASSISTANT UNITED STATES ATTORNEY
                ATTORNEY FOR THE PLAINTIFF

DATED: 1-22-14        /s/ Benjamin D. Galloway
                _____
                Benjamin D. Galloway
                Attorney for Defendant
                1- Steven Ortega, Sr.

DATED: 1-22-14        /s/ Randy Sue Pollock
                _____
                Randy Sue Pollock
                Attorney for Defendant
                2- Steven Ortega, Jr.

DATED: 1-22-14        /s/  Shari Rusk
                _____
                Shari Rusk
                Attorney for Defendant
                3-  Marla Ortega

DATED: 1-22-14          /s/ Dina L. Santos
                        _____
                        Dina L. Santos
                        Attorney for Defendant
                        4- Matt Ortega

DATED: 1-22-14          /s/ Hayes H. Gable, III
                        _____
                        Hayes H. Gable, III
                        Attorney for Defendant
                        6- Anthony Giarrusso

DATED: 1-22-14          /s/ Thomas Johnson
                        _____
                        Thomas Johnson
                        Attorney for Defendant
                        7- Jay Dupee

DATED: 1-22-14          /s/ William E. Bonham
                        _____
                        William E. Bonham
                        Attorney for Defendant
                        8- Brock Enrico

DATED: 1-22-14          /s/ Michael B. Bigelow
                        _____
                        Michael B. Bigelow
                        Attorney for Defendant
                        9- Todd Becerra

DATED: 1-22-14          /s/ William J. Portanova
                        _____
                        William J. Portanova
                        Attorney for Defendant
                        10- Steven Adgate

DATED: 1-22-14          /s/ Danny D. Brace, Jr.
                        _____
                        Danny D. Brace, Jr.
                        Attorney for Defendant
                        11- Bryan Swiers

```
DATED: 1-22-14            /s/ Clemente M. Jimenez
                          _____
                          Clemente M. Jimenez
                          Attorney for Defendant
                          12- Kyle Schmidt

DATED: 1-22-14            /s/ Candace A. Fry
                          _____
                          Candace A. Fry
                          Attorney for Defendant
                          13- Dusty Burge

DATED: 1-22-14            /s/ Gregory W. Fox
                          _____
                          Gregory W. Fox
                          Attorney for Defendant
                          14- Charles Erickson

DATED: 1-22-14            /s/ Olaf W. Hedberg
                          _____
                          Olaf W. Hedberg
                          Attorney for Defendant
                          15- Travis Olibas

DATED: 1-22-14            /s/ David D. Fischer
                          _____
                          David D. Fischer
                          Attorney for Defendant
                          16- Jake Westerman

DATED: 1-22-14            /s/ Scott N. Cameron
                          _____
                          Scott N. Cameron
                          Attorney for Defendant
                          17-Justin McMillian

DATED: 1-22-14            /s/ Carl E. Larson
                          _____
                          Carl E. Larson
                          Attorney for Defendant
                          19- Frederick Laurens
```

DATED: 1-22-14         /s/ Darryl A. Stallworth
                       _____
                       Darryl A. Stallworth
                       Attorney for Defendant
                       21- Richard Serrell

DATED: 1-22-14         /s/ Robert J. Saria
                       _____
                       Robert J. Saria
                       Attorney for Defendant
                       22- Kevin Kuester

DATED: 1-22-14         /s/ Russell S. Humphrey
                       _____
                       Russell S. Humphrey
                       Attorney for Defendant
                       23-Derek Winters

DATED: 1-22-14         /s/ Clyde M. Blackmon
                       _____
                       Clyde M. Blackmon
                       Attorney for Defendant
                       24- Richard Reynolds

DATED: 1-22-14         /s/ Michael Jason Lawley
                       _____
                       Michael Jason Lawley
                       Attorney for Defendant
                       25- Nickolas Perry

DATED: 1-22-14         /s/ Scott A. Sugarman
                       _____
                       Scott A. Sugarman
                       Attorney for Defendant
                       26- Joseph Mirante

DATED: 1-22-14         /s/ James A. Bustamante
                       _____
                       James A. Bustamante
                       Attorney for Defendant
                       27- Kevin Kirkpatrick

DATED: 1-22-14            /s/  Philip A. Schnayerson
                          _____
                          Philip A. Schnayerson
                          Attorney for Defendant
                          28- Reginald Bell

DATED: 1-22-14            /s/  Michael E. Hansen
                          _____
                          Michael E. Hansen
                          Attorney for Defendant
                          29-Michael Kelly

DATED: 1-22-14            /s/ Michael J. Aye
                          _____
                          Michael J. Aye
                          Attorney for Defendant
                          30- Joseph Figlia

DATED: 1-22-14            /s/ James J. Clark
                          _____
                          James J. Clark
                          Attorney for Defendant
                          31- Robert Kennedy

DATED: 1-22-14            /s/ Omar Figueroa
                          _____
                          Omar Figueroa
                          Attorney for Defendant
                          32- Nicholas Ojeda

DATED: 1-22-14            /s/ James R. Greiner
                          _____
                          James R. Greiner
                          Attorney for Defendant
                          20- Jason Siegfried

**ORDER**

Pursuant to the parties' stipulation, the status conference in this case currently scheduled for January 30, 2014, is HEREBY VACATED and continued to April 24, 2014, at 9:00 AM in Courtroom 7.

IT IS SO ORDERED.

Dated:  January 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT