**Randy Sue Pollock**
Law Office Of Randy Sue Pollock
3824 Grand Avenue, Suite 120
Oakland, CA 94610
510-763-9967
Fax: 510-380-6551
Email: rsp@rspollocklaw.com

Attorney for Defendant
**STEVEN ORTEGA, JR.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN ORTEGA, JR., et al.,<br><br>Defendants. | **Case No.** 2:12-CR-00198-MCE<br><br>**WAIVER OF DEFENDANT'S PERSONAL APPEARANCE** |

  Defendant STEVEN ORTEGA, JR., hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

/ / /

/ / /

/ / /

/ / /

/ / /

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

Dated: April 17, 2015           /s/ Steven Ortega, Jr.
                                STEVEN ORTEGA, JR.

APPROVED:

/s/ Randy Sue Pollock
RANDY SUE POLLOCK
Counsel for Defendant STEVEN ORTEGA, JR.

**IT IS SO ORDERED.**

Dated: April 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT