JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JASON SIEGFRIED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> STEVEN ORTEGA, et al., ) <br> ) <br> ) <br> DEFENDANTS. ) <br> ) <br> _____ ) | CR.NO.S-12-198--MCE <br><br> STIPULATION BETWEEN THE PARTIES TO SET A BRIEFING SCHEDULE AND HEARING DATE ON MOTIONS; DATE FOR THE GOVERNMENT TO PICK SIX DEFENDANTS FOR THE FRIST TRIAL; <br> TRIAL CONFIRMATION HEARING DATE; FIRST TRIAL DATE; EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |

The parties to this litigation, the United States of America, represented by

Assistant United States Attorneys. Richard J. Bender and Roger Yang, and for the

remaining defendants[1]:

---

[1] All the defendants except the following who have either been dismissed from the case of pled guilty:  Shawn Thompson who pled guilty on January 9, 2014 (See docket entry # 418) and Joseph Figlia who pled guilty on Thursday,

Stipulation to set Motions dates, hearing on motions, trial
confirmation date, and first Trial date, excluding time under the Speedy
Trial Act - 1

1- Benjamin D. Galloway representing Steven Ortega, Sr.; 2- Randy Sue Pollock representing Steven Ortega, Jr.; 3- Shari Rusk representing Marla Ortega; 4- Dina L. Santos representing Matt Ortega; 5- Dan F. Koukol, representing Marcus Williams; 6- Hayes H. Gable, III, representing Anthony Giarrusso; 7- Thomas Johnson representing Jay Dupee; 8- William E. Bonham representing Brock Enrico;10- William J. Portanova representing Steven Adgate; 11- Danny D. Brace, Jr. representing Bryan Swiers; 12- Clemente M. Jimenez representing Kyle Schmidt;  14- Gregory W. Fox representing Charles Erickson; 15- Olaf W. Hedberg representing Travis Olibas; 16- David D. Fischer representing Jake Westerman; 17- Scott N. Cameron representing Justin McMillian; 19- Carl E. Larson representing Frederick Laurens; 21- Darryl A. Stallworth representing Richard Serrell; 22- Robert J. Saria representing Kevin Kuester; 23- Russell S. Humphrey representing Derek Winters; 24- Clyde M. Blackmon representing Richard Reynolds; 25- Michael Jason Lawley representing Nickolas Perry; 27- James A. Bustamante representing Kevin Kirkpatrick; 28- Philip A. Schnayerson representing Reginald Bell; 29- Michael E. Hansen representing Michael Kelly; 31- James J. Clark representing Robert Kennedy; 32- Omar Figueroa representing Nicholas Ojeda and 20- James R. Greiner representing Jason Siegfried, hereby agree and stipulate to the  following[2]:

---

April 10, 2014 (See docket entry # 435)and Joseph Mirante who was dismissed by the government by Order of the Court on October 27, 2014 (See docket entry # 484) and defendant Todd Becerra who pled guilty on June 26, 2014 (see Docket # 460) and defendant Dusty Burge who pled guilty on July 2, 2015 (see Docket # 536)

[2] The government requested that the format presented in this stipulation be used by the parties.

1- This Court held a status conference on Thursday, April 23, 2015 and continued the case for further status on Thursday, July 16, 2015. (See Docket # 520)

2. By this Stipulation, the government and the remaining defendants agree to the following schedule for briefing of motions and setting of a trial confirmation hearing and a trial date for the first group of six (6) defendants[3]:

| | |
|---|---|
| Defense motions due | October 1, 2015 |
| Government's oppositions/response | October 29, 2015 |
| Defense replies to government | November 12, 2015 |
| Hearing on motions | December 3, 2015 |
| Government select 6 defendants | January 15, 2016 |
| Trial confirmation hearing | March 10, 2016 |
| First Trial of 6 defendants | April 11, 2016 |

The government makes the following representation to the Court and the defense regarding the Trial confirmation hearing and Trial date:

"The government to designate not more than six (6) trial defendants (assuming more than six (6) remain) by January 15, 2016, , but any defendant with disposition after January 15, 2016, which opens a trial slot can be filled by adding any remaining defendant by February 12, 2016."

---

[3] A maximum of 6 (six) defendants will be tried at any given time.
Stipulation to set Motions dates, hearing on motions, trial confirmation date, and first Trial date, excluding time under the Speedy Trial Act - 3

Both the government and all the remaining defendants agree to exclude time pursuant to the Speedy Trial Act between Thursday, July 16, 2015 and Thursday, October 1, 2015, under Local Codes T-2 (complexity) and T-4 (time for adequate attorney preparation). The government has produced voluminous amounts of discovery, including, but not limited to, 6 CD's of wire taps and the potential for defense counsel to obtain on a 3 TB external hard drive video tape surveillance in this case and the government does not oppose this request. In addition, four (4) co-defendants have now pled guilty, Dusty Burge (July 2, 2015, Docket # 536), Todd Becerra (June 26, 2014, Docket # 460), Joseph Figlia (April 10, 2014, see docket entry # 435) and Shawn Thompson (January 9, 2014, see docket entry # 418), and one defendant has been dismissed by the government and this Court's Order, Joseph Mirante (October 27, 2014, see docket entry # 484) which requires all defense counsel to re-examine the discovery provided by the government in light of the two previous co-defendants pleading guilty and discuss this with their respective clients.

3. The parties[4] agree and stipulate to the following and request the Court to find the following:

a. The government has produced discovery to date which consists of 5 (five) discovery CD's labeled Discovery Disk 1, 2, 3, 4, 5 and 6 (six) wire tape CD's labeled TT1, TT2, TT3, TT4, TT5 and TT6. The government has also made available for copying onto an external hard drive the pole camera evidence which defense counsel can obtain for reviewing with their respective clients. The government requested

---

[4] Except defendants Thompson, Becerra, Figlia, Mirante and Burge.

Stipulation to set Motions dates, hearing on motions, trial confirmation date, and first Trial date, excluding time under the Speedy Trial Act - 4

defense counsel to supply an external hard drive with 3 TB of capacity to accommodate the enormous volume of video tape recordings.

    b. The government by way of letter dated November 30, 2012, addressed to all defense counsel, produced the following additional discovery contained on 4 (four) CD's: BATES numbers DD-007532 to DD-007570; Bates number DD-7571 (reproduction of wiretap -TT#1); Bates number DD-007572 (reproduction of wiretap-TT#2); Bates number DD-007573 (reproduction of wiretaps - TT#3, tt#4, TT#5, and TT#6).

    c. Counsel for all defendants[5] need additional time, to review all of the discovery as listed herein, review the all the discovery with their respective clients, to conduct investigation into this case, do research, which includes legal research, in this case, and to otherwise do review and investigation, using due diligence, that this complex case requires. Also, four (4) previous co-defendant's have pled guilty, Dusty Burge (July 2, 2015, see Docket # 536), Todd Becerra (June 26, 2014, Docket # 460), Shawn Thompson (January 9, 2014, see docket entry # 418) and Joseph Figlia (April 10, 2014, see docket entry # 435), and one defendant has been dismissed by the government pursuant to this Court's Order, defendant Joseph Mirante (October 27, 2014, see docket entry 484) which requires all defense counsel to examine and re-examine the discovery provided by the government in light of the three previous co-defendants pleading guilty and discuss this with their respective clients. Finally, all defense counsel need the time between July 16, 2015 and October 1, 2015, for the preparation of motions to be filed in this case.

---

[5] Except defendants Thompson, Becerra, Figlia, Mirante and Burge.
Stipulation to set Motions dates, hearing on motions, trial confirmation date, and first Trial date, excluding time under the Speedy Trial Act - 5

d. Counsel for all defendants[6] need additional time to discuss with their respective clients the legal implications and potential ramifications of defendants Becerra, Thompson, Figlia and Burge pleading guilty in this case and the government dismissing pursuant to this Court's Order defendant Mirante.

e. Attorney Philip A. Schnayerson representing Reginald Bell, wants to make a record for both the Court and the government to be on notice that Mr. Schnayerson is scheduled to begin a murder trial on November 16, 2015, with the estimate time of the trial to be about three (3) weeks.

f. Attorney Thomas A. Johnson representing Jay Dupree, wants to make a record for both the Court and the government to be on notice that Mr. Johnson is not available for a trial in this case in June of 2016.

g. Counsel for all defendants[7] represent that the failure to grant the above requested continuance would deny counsel for each individual defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

h. The government, based on all of the above, does not object to the continuance.

i. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and all the defendants in a trial within the original date prescribed by the Speedy Trial Act.

---

[6] Except defendants Thompson, Becerra, Figlia, Mirante and Burge.
[7] Except defendants Thompson, Becerra, Figlia, Mirante and Burge.

j. For the purpose of computing the time under the Speedy Trial Act, Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period from Thursday, July 16, 2015 to Thursday, October 1, 2015, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv) corresponding to Local Codes T-2 and T-4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 7-14-15        /s/ Richard J. Bender
                      /s/ Roger Yang

                      _____
                      Richard J. Bender
                      Roger Yang
                      ASSISTANT UNITED STATES ATTORNEYS
                      ATTORNEY FOR THE PLAINTIFF

```
      Stipulation to set Motions dates, hearing on motions, trial
  confirmation date, and first Trial date, excluding time under the Speedy
                           Trial Act - 7
```

DATED: 7-14-15

/s/ Benjamin D. Galloway

_____
Benjamin D. Galloway
Attorney for Defendant
1- Steven Ortega, Sr.

DATED: 7-14-15

/s/ Randy Sue Pollock

_____
Randy Sue Pollock
Attorney for Defendant
2- Steven Ortega, Jr.

DATED: 7-14-15

/s/ Shari Rusk

_____
Shari Rusk
Attorney for Defendant
3- Marla Ortega

DATED: 7-15-15

/s/ Dina L. Santos

_____
Dina L. Santos
Attorney for Defendant
4- Matt Ortega

DATED: 7-14-15

/s/ Dan F. Koukol

_____
Dan Koukol
Attorney for Defendant
5- Marcus Williams

DATED: 7-15-15

/s/ Hayes H. Gable, III

_____
Hayes H. Gable, III
Attorney for Defendant
6- Anthony Giarrusso

Stipulation to set Motions dates, hearing on motions, trial confirmation date, and first Trial date, excluding time under the Speedy Trial Act - 8

| | | |
|---|---|---|
| 1 | DATED: 7-15-15 | /s/ Thomas Johnson |
| 2 | | _____ |
| 3 | | Thomas Johnson |
| | | Attorney for Defendant |
| 4 | | 7- Jay Dupee |
| 5 | DATED: 7-15-15 | /s/ William E. Bonham |
| 6 | | _____ |
| | | William E. Bonham |
| 7 | | Attorney for Defendant |
| | | 8- Brock Enrico |
| 8 | DATED: 7-15-15 | /s/ William J. Portanova |
| 9 | | _____ |
| 10 | | William J. Portanova |
| | | Attorney for Defendant |
| 11 | | 10- Steven Adgate |
| 12 | DATED: 7-14-15 | /s/ Danny D. Brace, Jr. |
| 13 | | _____ |
| 14 | | Danny D. Brace, Jr. |
| | | Attorney for Defendant |
| 15 | | 11- Bryan Swiers |
| 16 | DATED: 7-14-15 | /s/ Clemente M. Jimenez |
| 17 | | _____ |
| | | Clemente M. Jimenez |
| 18 | | Attorney for Defendant |
| | | 12- Kyle Schmidt |
| 19 | | |
| 20 | DATED: 7-14-15 | /s/ Gregory W. Fox |
| 21 | | _____ |
| | | Gregory W. Fox |
| 22 | | Attorney for Defendant |
| 23 | | 14- Charles Erickson |
| 24 | DATED: 7-14-15 | /s/ Olaf W. Hedberg |
| | | _____ |
| 25 | | Olaf W. Hedberg |
| | | Attorney for Defendant |
| 26 | | 15- Travis Olibas |
| 27 | | |
| 28 | | |

```
        Stipulation to set Motions dates, hearing on motions, trial
    confirmation date, and first Trial date, excluding time under the Speedy
                             Trial Act - 9
```

DATED: 7-14-15          /s/ David D. Fischer
                        _____
                        David D. Fischer
                        Attorney for Defendant
                        16- Jake Westerman

DATED: 7-14-15          /s/ Scott N. Cameron
                        _____
                        Scott N. Cameron
                        Attorney for Defendant
                        17-Justin McMillian

DATED: 7-14-15          /s/ Carl E. Larson
                        _____
                        Carl E. Larson
                        Attorney for Defendant
                        19- Frederick Laurens

DATED: 7-14-15          /s/ Darryl A. Stallworth
                        _____
                        Darryl A. Stallworth
                        Attorney for Defendant
                        21- Richard Serrell

DATED: 7-14-15          /s/ Robert J. Saria
                        _____
                        Robert J. Saria
                        Attorney for Defendant
                        22- Kevin Kuester

DATED: 7-14-15          /s/ Russell S. Humphrey
                        _____
                        Russell S. Humphrey
                        Attorney for Defendant
                        23-Derek Winters

DATED: 7-14-15          /s/ Clyde M. Blackmon
                        _____
                        Clyde M. Blackmon
                        Attorney for Defendant
                        24- Richard Reynolds

Stipulation to set Motions dates, hearing on motions, trial confirmation date, and first Trial date, excluding time under the Speedy Trial Act - 10

| | | |
|---|---|---|
| 1 | DATED: 7-14-15 | /s/ Michael Jason Lawley |
| 2 | | _____ |
| 3 | | Michael Jason Lawley |
| | | Attorney for Defendant |
| 4 | | 25- Nickolas Perry |
| 5 | DATED: 7-14-15 | /s/ James A. Bustamante |
| 6 | | _____ |
| | | James A. Bustamante |
| 7 | | Attorney for Defendant |
| | | 27- Kevin Kirkpatrick |
| 8 | DATED: 7-14-15 | /s/  Philip A. Schnayerson |
| 9 | | _____ |
| 10 | | Philip A. Schnayerson |
| | | Attorney for Defendant |
| 11 | | 28- Reginald Bell |
| 12 | DATED: 7-14-15 | /s/  Michael E. Hansen |
| 13 | | _____ |
| | | Michael E. Hansen |
| 14 | | Attorney for Defendant |
| | | 29-Michael Kelly |
| 15 | | |
| 16 | DATED: 7-14-15 | /s/ James J. Clark |
| | | _____ |
| 17 | | James J. Clark |
| | | Attorney for Defendant |
| 18 | | 31- Robert Kennedy |
| 19 | | |
| 20 | DATED: 7-14-15 | /s/ Omar Figueroa |
| 21 | | _____ |
| | | Omar Figueroa |
| 22 | | Attorney for Defendant |
| | | 32- Nicholas Ojeda |
| 23 | | |
| 24 | DATED: 7-14-15 | /s/ James R. Greiner |
| | | _____ |
| 25 | | James R. Greiner |
| | | Attorney for Defendant |
| 26 | | 20- Jason Siegfried |
| 27 | | |
| 28 | | |

Stipulation to set Motions dates, hearing on motions, trial confirmation date, and first Trial date, excluding time under the Speedy Trial Act - 11

**ORDER**

The Court adopts the parties above stipulation as the Order of this Court.  The time period from Thursday, July 16, 2015 to Thursday, October 1, 2015, inclusive, is hereby  excluded from the time in which trial must commence under the Speedy Trial Act  pursuant to Title 18 U.S.C. section 3161(h)(7)(A, (B)(ii) and (iv) corresponding to Local Codes T-2 and T-4, because it results from a continuance granted by the Court at defendants' request.  The Court specifically finds that the ends of justice served by taking such action outweigh the best interest of the public and all of the defendants in a

**IT IS SO ORDERED.**

**Dated:  July 17, 2015**

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

```
      Stipulation to set Motions dates, hearing on motions, trial
  confirmation date, and first Trial date, excluding time under the Speedy
                             Trial Act - 12
```