BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ORTEGA, Sr. et al.,<br><br>Defendants. | CASE NO. 2:12-CR-00198 MCE<br><br>AMENDED STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND ALL REMAINING DEFENDANTS |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.   This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.   This Stipulation and Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.   Defense counsel shall not disclose any of the discovery to any person other than their respective defendant/client, witnesses that they are interviewing or preparing for trial, or attorneys, law clerks, paralegals, secretaries, experts, and investigators involved in the representation of the defendant in connection to this criminal case.

///

Stipulation and Protective Order 2:12-CR-0198 MCE

1

      a.    Defense counsel may permit the defendant/client to review the Protected Documents and Protected Information contained therein, but the defendant/client shall not be given control of any Protected Documents or Protected Information or be provided any copies of the Protected Documents or Protected Information.

      4.    The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States Government.  Defense counsel will return the discovery or certify that it has been shredded at the conclusion of the case and defense counsel's document retention obligations.

      5.    In the event that the defendant obtains substitute counsel, undersigned defense counsel agrees to withhold the discovery from new counsel unless and until substituted counsel agrees to be bound by this order.

      6.    Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

      7.    If defense counsel makes, or causes to be made, any further copies of any of the discovery, defense counsel will inscribe the following notation on each copy: "U.S. Government Property; May Not Be Used Without U.S. Government Permission."

      8.    If defense counsel releases custody of any of the discovery, or authorized copies thereof, to any person described in paragraph three, defense counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court.

**Remainder of Page Intentionally Left Blank**

Stipulation and Protective Order 2:12-CR-0198 MCE

9. Defense counsel shall be responsible for advising his or her respective defendant, employees and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

10. Defense counsel shall be responsible for advising his or her respective defendant, employees, and other members of the defense team, and also defense witnesses of the contents and scope of this Stipulation / Order

IT IS SO STIPULATED.

                                          BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY

DATED: September 28, 2015      /s/ Richard J. Bender
                                        /s/ Roger Yang

                                        RICHARD J. BENDER
                                        ROGER YANG
                                        Assistant United States Attorneys
                                        Attorney For The Plaintiff

DATED: September 28, 2015
                                        /s/ Benjamin D. Galloway

                                        BENJAMIN D. GALLOWAY
                                        Attorney for Defendant
                                        1-Steven Ortega, Sr.

DATED: September 28, 2015      /s/ Randy Sue Pollock

                                        RANDY SUE POLLOCK
                                        Attorney for Defendant
                                        2- Steven Ortega, Jr.

DATED: September 28, 2015      /s/  Shari Rusk

                                        SHARI RUSK
                                        Attorney for Defendant
                                        3-  Marla Ortega

DATED: September 28, 2015      /s/ Dina L. Santos

                                        DINA L. SANTOS
                                        Attorney for Defendant
                                        4- Matt Ortega

Stipulation and Protective Order 2:12-CR-0198 MCE

DATED:  September 28, 2015          /s/ Hayes H. Gable, III

                                    _____
                                    HAYES H. GABLE, III
                                    Attorney for Defendant
                                    6- Anthony Giarrusso

DATED:  September 28, 2015          /s/ Thomas Johnson

                                    _____
                                    THOMAS JOHNSON
                                    Attorney for Defendant
                                    7- Jay Dupee

DATED:  September 28, 2015          /s/ William E. Bonham

                                    _____
                                    WILLIAM E. BONHAM
                                    Attorney for Defendant
                                    8- Brock Enrico

DATED:  September 28, 2015          /s/ William J. Portanova

                                    _____
                                    WILLIAM J. PORTANOVA
                                    Attorney for Defendant
                                    10- Steven Adgate

DATED:  September 28, 2015          /s/ Danny D. Brace,  Jr.

                                    _____
                                    DANNY D. BRACE, JR.
                                    Attorney for Defendant
                                    11- Bryan Swiers

DATED:  September 28, 2015          /s/ Clemente M. Jimenez

                                    _____
                                    CLEMENTE M. JIMENEZ
                                    Attorney for Defendant
                                    12- Kyle Schmidt

DATED:  September 28, 2015          /s/ Gregory W. Fox

                                    _____
                                    GREGORY W. FOX
                                    Attorney for Defendant
                                    14- Charles Erickson

DATED:  September 28, 2015          /s/ Olaf W. Hedberg

                                    _____
                                    OLAF W. HEDBERG
                                    Attorney for Defendant
                                    15- Travis Olibas

DATED:  September 28, 2015          /s/ David D. Fischer

                                    _____
                                    DAVID D. FISCHER
                                    Attorney for Defendant
                                    16- Jake Westerman

Stipulation and Protective Order 2:12-CR-0198 MCE

4

| | | |
|---|---|---|
| 1 | DATED:  September 28, 2015 | /s/ Scott N. Cameron |
| 2 | | _____ |
| | | SCOTT N. CAMERON |
| | | Attorney for Defendant |
| 3 | | 17-Justin McMillian |
| 4 | DATED:  September 28, 2015 | /s/ Carl E. Larson |
| 5 | | _____ |
| | | CARL E. LARSON |
| | | Attorney for Defendant |
| 6 | | 19- Frederick Laurens |
| 7 | DATED:  September 28, 2015 | /s/ Darryl A. Stallworth |
| 8 | | _____ |
| | | DARRYL A. STALLWORTH |
| | | Attorney for Defendant |
| 9 | | 21-  Richard Serrell |
| 10 | DATED:  September 28, 2015 | /s/ Robert J. Saria |
| 11 | | _____ |
| | | ROBERT J. SARIA |
| | | Attorney for Defendant |
| 12 | | 22- Kevin Kuester |
| 13 | | |
| 14 | DATED:  September 28, 2015 | /s/ Russell S. Humphrey |
| | | _____ |
| 15 | | RUSSELL S. HUMPHREY |
| | | Attorney for Defendant |
| 16 | | 23-Derek Winters |
| 17 | DATED:  September 28, 2015 | /s/ Clyde M. Blackmon |
| | | _____ |
| 18 | | CLYDE M. BLACKMON |
| | | Attorney for Defendant |
| 19 | | 24- Richard Reynolds |
| | DATED:  September 28, 2015 | /s/ Michael Jason Lawley |
| 20 | | _____ |
| 21 | | MICHAEL JASON LAWLEY |
| | | Attorney for Defendant |
| 22 | | 25- Nickolas Perry |
| | DATED:  September 28, 2015 | /s/ James A. Bustamante |
| 23 | | _____ |
| 24 | | JAMES A. BUSTAMANTE |
| | | Attorney for Defendant |
| 25 | | 27- Kevin Kirkpatrick |
| 26 | DATED:  September 28, 2015 | /s/  Philip A. Schnayerson |
| 27 | | _____ |
| | | PHILIP A. SCHNAYERSON |
| | | Attorney for Defendant |
| 28 | | 28- Reginald Bell |

Stipulation and Protective Order 2:12-CR-0198 MCE

5

| | | |
|---|---|---|
| 1 | DATED:  September 28, 2015 | /s/  Michael E. Hansen |
| 2 | | _____<br>MICHAEL E. HANSEN<br>Attorney for Defendant |
| 3 | | 29-Michael Kelly |
| 4 | | |
| 5 | DATED:  September 28, 2015 | /s/ Omar Figueroa<br>_____ |
| 6 | | OMAR FIGUEROA<br>Attorney for Defendant<br>32- Nicholas Ojeda |
| 7 | | |
| 8 | DATED:  September 28, 2015 | /s/ James R. Greiner<br>_____ |
| 9 | | JAMES R. GREINER<br>Attorney for Defendant<br>20- Jason Siegfried |
| 10 | | |
| 11 | DATED: September 29, 2015 | /s/ Dan F. Koukol<br>_____ |
| 12 | | Dan Koukol<br>Attorney for Defendant |
| 13 | | 5- Marcus Williams |
| 14 | DATED:  September 29, 2015 | /s/ James J. Clark |
| 15 | | _____<br>James J. Clark<br>Attorney for Defendant |
| 16 | | 31- Robert Kennedy |

**O R D E R**

IT IS SO ORDERED.

Dated: October 7, 2015

_[signature]_
_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Protective Order 2:12-CR-0198 MCE

6